UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11-cr-00041-JMS-DML |
| ) | |
| JACOB PHILLIP SEYFRIED, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Jacob Phillip Seyfried's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and Jacob Phillip Seyfried is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow.

So ORDERED.

Date:  August 7, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal